ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 6-28-12
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARDELL ULYSSES CARTER,<br><br>Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>Respondent. | Case No. CV 12-3471-JAK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is summarily denied and this action is dismissed with prejudice.

DATED: June 26, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE